UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HILLSBOROUGH TITLE, INC.
a Florida corporation, d/b/a
PARAMOUNT TITLE,

Plaintiff,
vs.                                    Case No.: 8:15-cv-01172-EAK-TGW

SAMORA CONSTRUCTION LLC,
PEARL & SAMORA LLC, and
JPMORGAN CHASE BANK, N.A.,

Defendants.
                                    /

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Extension of Temporary Restraining Order (Doc. 18) (the "Motion"), filed May 29, 2015. In support of the Motion, Plaintiff filed the Affidavit of Diligent Search and Inquiry of Lisa Meriwether (Doc. 19) contemporaneously with the Motion, and incorporated it in the Motion by reference. Plaintiff Hillsborough Title, Inc. d/b/a Paramount Title ("Paramount Title") moves for an extension of the Temporary Restraining Order entered in this case on May 18, 2015 for an additional fourteen (14) days, through and including June 15, 2015. Paramount Title seeks the extension to permit sufficient notice of its request for a preliminary injunction to the Defendants and to prevent additional irreparable harm. Defendant JPMorgan Chase Bank, N.A. was served on May 20, 2015, and Defendant Samora Construction, LLC was served on May 28, 2015. Despite diligent efforts, Paramount Title has been unable to obtain service on Pearl & Samora, LLC, and believes it is a fictitious entity that does not exist. After consideration, and for good

cause shown, the Court grants Plaintiff's Motion for Extension of Temporary Restraining Order. Accordingly, it is

ORDERED that the motion is **GRANTED**, and the Temporary Restraining Order is hereby extended until June 15, 2015 at 3:45 p.m. and a hearing is scheduled for June 11th, 2015, at 10:00 Am before the undersigned in Courtroom 14A, U.S. District Court, 801 North Florida Avenue, Tampa, Florida.

**DONE and ORDERED** in Chambers, in Tampa Florida on this 29th day of May 2015 at 2:05 p.m.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record