UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HILLSBOROUGH TITLE, INC.
a Florida corporation,
d/b/a PARAMOUNT TITLE,

Case No.: 8:15-cv-01172-EAK-TGW

Plaintiff,

v.

SAMORA CONSTRUCTION LLC,
PEARL & SAMORA LLC, and
JPMORGAN CHASE BANK, N.A.,

Defendants.
_____/

## ORDER EXTENDING AND AMENDING TEMPORARY RESTRAINING ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Amend Temporary Restraining Order (the "Motion to Amend") (Doc. 29) filed June 10, 2015, and on Plaintiff's ore tenus Motion to Extend the Temporary Restraining Order previously entered and extended by the Court (Doc. 8, 21) (the "Motion to Amend"). Plaintiff's trial counsel presented the Motion to Amend in open court at the Preliminary Injunction Hearing that commenced at 10:00 a.m. on June 11, 2015 (the "Hearing") (Doc. 30), as scheduled by prior Orders of the Court (Doc. 21, 25). The Court heard argument on, received no objection to, and considered the Motion to Amend and the Motion to Extend at the TRO Hearing. The Court also considered the testimony of James Farr and Aaron Davis at the TRO Hearing, in addition to the Affidavit of James Farr (Doc. 3) and the Declaration of Wayne C. Carey (Doc. 27-1) that were previously filed herein.

Plaintiff, Hillsborough Title, Inc. d/b/a Paramount Title ("Paramount Title"), seeks to amend the Temporary Restraining Order entered in this case on May 18, 2015 (the "TRO")

{BC00068780:1}

(Doc. 8), which the Court subsequently extended through June 15, 2015 (Doc. 21). Paramount Title also seeks to extend the TRO through June 29, 2015. Paramount Title seeks the amendment to provide further clarification to the TRO in light of new facts revealed by Defendant JPMorgan Chase Bank, N.A. ("Chase") in its Response to Motion for Temporary Restraining Order (Doc. 27), and to prevent additional irreparable harm to Paramount Title. Paramount Title seeks the extension to provide it with additional time within which to attempt to serve the Motion to Amend and this Order on Defendants Samora Construction LLC and Pearl & Samora LLC (to the extent the later named Defendant exists).

After consideration, and for good cause shown, the Court grants the Motion to Amend and the Motion to Extend.

Accordingly, it is **ORDERED AND ADJUDGED AS FOLLOWS**:

1. The Motion to Amend is **GRANTED.**

2. The Motion to Extend is **GRANTED.**

3. Paragraph 2 of the Temporary Restraining Order entered on May 18, 2015 (Doc. 8) is amended to read as follows:

   **Defendants, and all persons and entities that are in active concert or participation with any of them, including but not limited to Samora Patterson, Patterson Investment LLC, and CMJ Realty, LLC, are enjoined from directly or indirectly spending, moving, transferring, secreting, assigning, conveying, destroying, encumbering, liquidating, mortgaging, selling, or in any other manner disposing of money that was wired to and/or held in the Chase Bank account associated with Samora Construction ending in 7789, and otherwise preventing Paramount Title from recovering its funds, pending further order of this Court.**

   **Additionally, the payees on the cashier's checks listed below, and any other checks, cashier's checks or other instruments drawn on or against the Chase Bank account associated with Samora Construction ending in 7789, including but not limited to Samora Patterson, Patterson Investment LLC, and CMJ Realty, LLC, and any manager, officer, employee, or other person associated with any such payees, are enjoined from directly or indirectly spending, moving,**

{BC00068780:1}

transferring, secreting, assigning, conveying, destroying, encumbering, liquidating, mortgaging, selling, or in any other manner disposing of any such checks, cashier's checks or other instruments, including but not limited to the following cashier's checks:

- Check number 1646708953 in the amount of $575,000.00 made payable to Patterson Investment Group LLC.

- Check number 1646708955 in the amount of $585,000.00 made payable to Patterson Investment Group LLC.

- Check number 1646708956 in the amount of $550,000.00 made payable to Patterson Investment Group LLC.

- Check number 1646708962 in the amount of $150,000.00 made payable to Patterson Investment Group LLC.

- Check number 1646708963 in the amount of $200,000.00 made payable to Patterson Investment Group LLC.

- Check number 9806108753 in the amount of $100,000.00 made payable to Patterson Investment Group LLC.

- Check number 9806108752 in the amount of $170,000.00 made payable to CMJ Realty LLC.

Additionally, Defendants, and all persons and entities that are in active concert or participation with any of them, including but not limited to Samora Patterson, Patterson Investment LLC, and CMJ Realty, LLC, are ordered and directed to immediately turn over the cashier's checks listed above, and any other checks, cashier's checks or other instruments drawn on or against the Chase Bank account associated with Samora Construction ending in 7789, to any one of the following:

- Hillsborough Title, Inc., d/b/a Paramount Title
  c/o John J. Agliano, Esquire
  Bajo / Cuva / Cohen / Turkel, P.A.
  100 North Tampa Street
  Suite 1900
  Tampa, Florida 33602

- JPMorgan Chase Bank, N.A.
  c/o John M. Guard, Esquire
  Quarles & Brady LLP
  101 East Kennedy Boulevard
  Suite 3400
  Tampa, Florida 33602

- United States Attorney's Office
  c/o Lakshmi Srinivisan Herman, Esquire
  Assistant United States Attorney
  District of New Jersey
  970 Broad Street
  Newark, New Jersey 07102

- The Honorable Elizabeth A. Kovachevich
  United States District Judge
  Sam M. Gibbons United States Courthouse
  801 North Florida Avenue
  Room 1430
  Tampa, Florida 33602

1. The Temporary Restraining Order, as amended by this Order and the Court's May 29, 2015 Order Extending Temporary Restraining Order (Doc. 21), is hereby extended until June 29, 2015 at 3:45 p.m., and a hearing is scheduled for June 29, 2015, at 10:30 a.m. before the undersigned in Courtroom 14A, U.S. District Court, 801 North Florida Avenue, Tampa, Florida.

**DONE** and **ORDERED** in Chambers, in Tampa Florida on this _11th_ day of June 2015 at _4:00_ p.m.

```
ELIZABETH A. KOVACHEVICH
United States District Judge
```

Copies to:
All parties and counsel of record

{BC00068780:1}